JAMES T. BURTON (Utah Bar No. 11875)
*jburton@kmclaw.com*
JOSHUA S. RUPP (Utah Bar No. 12647)
*jrupp@kmclaw.com*
**KIRTON │ MCCONKIE**
Key Bank Tower
36 S. State Street, Suite 1900
Salt Lake City, Utah 84111
Telephone: (801) 328-3600
Facsimile: (801) 321-4893

*Attorneys for Plaintiffs Snowie LLC
and Carl A. Rupp*

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| SNOWIE, LLC., a Utah limited liability company, and CARL A. RUPP, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>KONA ICE, INC., a Kentucky corporation, ANTHONY LAMB, an individual, ANTHONY M. GUARD, an individual, and John Does 1-10,<br><br>Defendants. | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Case No.: 2:18-cv-00282<br><br>Magistrate Judge Brook C. Wells |

Pursuant to Federal of Civil Procedure Rule 41(a)(1)(A)(i), Plaintiffs Snowie, LLC ("Snowie") and Carl A. Rupp ("Rupp") (collectively, "Plaintiffs"), by and through counsel, hereby provide notice that all claims against Defendants Kona Ice, Inc. ("Kona"), Anthony Lamb ("Lamb"), Anthony M. Guard ("Guard") and John Does 1-10 (collectively, "Defendants" unless

otherwise specified) in the above-captioned action are hereby voluntarily dismissed with prejudice, with each side to bear its respective fees, costs and expenses. In view of the foregoing, Plaintiffs request that this case be closed.

DATED this 16th day of July, 2018.

Respectfully submitted,

**KIRTON | MCCONKIE**

By: */s/ Joshua S. Rupp*
James T. Burton
Joshua S. Rupp
*Attorneys for Plaintiffs Snowie, LLC and Carl A. Rupp*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 16th day of July, 2018, I caused a copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** to be filed using the Court's electronic filing system which provides service to all counsel of record.

*/s/ Joshua S. Rupp*

4825-7973-9501